IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.** |
| v. ) | **1:17-cv-00337-CG-N** |
| ) | |
| **GT PROPERTIES, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR SETTLEMENT CONFERENCE AND EXTENSION OF DEADLINE FOR PLAINTIFF'S EXPERT TO INSPECT DEFENDANTS' FACILITY**

**COMES NOW** Plaintiff, Patrick Dunn ("Plaintiff"), by and through the undersigned counsel, and hereby moves this Honorable Court for a settlement conference and extension of deadline for Plaintiff's expert to inspect Defendants' facility and to provide the reports and states as grounds:

1. Per the Court's August 16, 2017 Scheduling Order, within 30 days from Defendants' receipt of Plaintiff's Interrogatory responses, Defendants shall permit Plaintiff's counsel and Plaintiff's expert reasonable access to inspect Defendants' facility.

2. Plaintiff's Interrogatory responses were filed on September 15, 2017; therefore, the deadline for Defendants to permit Plaintiff's counsel and Plaintiff's expert to inspect Defendants' facility is October 15, 2017.

3. Defendants have expressed a desire to possibly resolve this matter soon; therefore, rather than insist on an inspection to comply with the deadline, which seems wasteful given the Parties desire to resolve the matter, Plaintiff moves the Court for a settlement conference to address settlement, as well as any other issues.

4. Plaintiff further moves the Court to stay the deadline for Plaintiff's expert to inspect the defendant's facility and filing of the report, because: (a) Plaintiff has delayed insisting on the inspection because the Defendant has expressed a desire to resolve the matter; and (b) there is no prejudice to the Defendant from such a stay, because the stay will help avoid adding costs to the resolution and conserve all parties' resources.

**WHEREFORE**, Plaintiff moves this Honorable Court for a settlement conference and to stay the deadline for Plaintiff's inspection and report until a time determined, if the settlement conference is unsuccessful.

Respectfully submitted this the 12th Day of October, 2017.

/s/ Cassie E. Taylor
**CASSIE E. TAYLOR**
**The ADA Group LLC**
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36116
334.356.5314 p
CET@ADA-Firm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the aforementioned document with the Clerk of Court for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 12th Day of October, 2017 to the following:

**H. Spence Morano**
Leak, Douglas & Morano, P.C.
The John Hand Building
17 20th Street North
Suite 200
Birmingham, Alabama 35203
205.977.7099 p
smorano@leakdouglas.com
*Counsel for Defendants*

                                          **/s/ Cassie E. Taylor**
                                          **CASSIE E. TAYLOR**
                                          **The ADA Group LLC**
                                          4001 Carmichael Road
                                          Suite 570
                                          Montgomery, Alabama 36116
                                          334.356.5314 p
                                          CET@ADA-Firm.com
                                          *Counsel for Plaintiff*