IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| PATRICK DUNN, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NO: 1:17-cv-337-CG-N |
| | * | |
| GT PROPERTIES, LLC, and LIVE BAIT, LLC, | * | |
| DEFENDANTS. | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through their attorneys of record, and hereby stipulate that all claims in the above-styled matter are to be dismissed, with prejudice. Costs are to be taxed as paid except as otherwise agreed by the parties pursuant to their settlement. As grounds for this Joint Stipulation, the parties show unto the Court that a full and final settlement has been effectuated.

Respectfully submitted,

/s/ Cassie E. Taylor (*by HSM with permission*)
Cassie E. Taylor, Esq.
L. Landis Sexton, Esq.
Tracy G. Birdsong, Esq.
The ADA Group LLC
4001 Carmichael Road, Suite 570, PO Box 6429
Montgomery, AL  36106
CET@ADA-Firm.com
LLS@ADA-Firm.com
TGB@ADA-Firm.com
*Attorneys for Plaintiff*

/s/ H. Spence Morano
H. Spence Morano   ASB-0614-H52M
LEAK, DOUGLAS & MORANO, P.C.
The John A. Hand Building
17 20th Street North, Suite 200
Birmingham, AL 35203
Phone: 205.977.7099
Fax: 205.977.7167
Email: smorano@leakdouglas.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, a copy of the foregoing pleading and Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt to the parties at the addresses listed below.

/s/ H. Spence Morano
OF COUNSEL

cc:
Cassie E. Taylor, Esq.
L. Landis Sexton, Esq.
Tracy G. Birdsong, Esq.
The ADA Group LLC
4001 Carmichael Road, Suite 570
PO Box 6429
Montgomery, AL  36106
CET@ADA-Firm.com
LLS@ADA-Firm.com
TGB@ADA-Firm.com
*Attorneys for Plaintiff*